TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-52680

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jamie Rhett Roberts and Kristin Maureen Roberts<br>Debtors.<br>________________________________<br>U.S. Bank, National Association<br><br>Movant,<br>vs.<br><br>Jamie Rhett Roberts and Kristin Maureen Roberts, Debtors; Gayle E. Mills, Trustee.<br><br>Respondents. | Chapter 7<br><br>No. 4:10-bk-23439-JMM<br><br>MOTION FOR ABANDONMENT |

COMES NOW, U.S. Bank, National Association its assignees and/or successors in interest ("Movant" herein) by and through counsel undersigned, and moves the Court for an Order of Abandonment, pursuant to 11 U.S.C. 554(b) and in support thereof, states as follows:

1. Jamie Rhett Roberts and Kristin Maureen Roberts filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Gayle E. Mills was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Pima County, AZ, more particularly described as:

Lot 138 of Riverside Terrace, a subdivision of Pima County, Arizona, according to the Plat of Record in the Office of the Pima County Recorder in Book 14 of Maps and Plats at Page 63 thereof.

2. Debtors executed a Note secured by a Deed of Trust, dated March 13, 2007, recorded in the office of the Pima County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

3. That the debtor is in default under the terms of the Note and Deed of Trust for failure to make the installment payments due on August 1, 2010, each month thereafter. The current default amount is set forth below:

| | |
|---|---|
| 6 Monthly Payments at $1,347.01 (August 1, 2010 - January 1, 2011) | $8,082.06 |
| 5 Late Charges at $56.79 (August 16, 2010 - December 16, 2010) | $283.95 |
| Property Inspections | $45.00 |
| Foreclosure Fees and Costs | $1,669.83 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $350.00 |
| Total | $10,580.84 |

4. Movant is informed and believes and therefore alleges that the Debtors and bankruptcy estate have no equity in the property.

5. The real property is burdensome and of inconsequential value to the estate and should therefore be abandoned.

WHEREFORE, Movant prays that this Court enter an order that the Trustee is authorized, empowered and directed to abandon all interest as trustee in the subject property, and for such other and further relief that is just and property.

RESPECTFULLY SUBMITTED this 11th day of January, 2011.

TIFFANY & BOSCO, P.A.

By/s/ LJM # 014228

Mark S. Bosco
Leonard J. McDonald, Jr.
Attorneys for Movant

COPY of the foregoing mailed
This 11th day of January, 2011 to:

Please see attached Creditor Mailing Matrix for service list.

By: Julie Bush

Label Matrix for local noticing
0970-4
Case 4:10-bk-23439-JMM
District of Arizona
Tucson
Tue Jan 11 14:27:21 MST 2011

U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

AMERICAN EXPRESS
Acct No xxxxxxxxxxxx6743
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS
Acct No xxxxxxxxxxxx9743
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BANK OF AMERICA
Acct No 3956
ATTN: BANKRUPTCY NC4-105-03-14
PO BOX 26012
GREENSBORO NC 27420-6012

CENTER ONE FINANCIAL
Acct No xxx-xx-xxxxxxxxx8284
SERVICED BY C1FS
3120 RIDER TRAIL SOUTH
Earth City MO 63045-1518

CHASE
Acct No xxxxx1410
ATTN: BANKRUPTCY DEPT
PO BOX 15298
WILMINGTON DE 19850-5298

DISCOVER FINANCIAL
Acct No xxxx-xxxx-xxxx-5426
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST CREDIT UNION
Acct No xxxxxxxxxx0608
25 S ARIZONA PL, STE 11
Chandler AZ 85225-5533

GEMB/CHEVRON
Acct No xxxxxxxxxxxx3213
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

GUGLIELMO & ASSOCIATES
Acct No xx7720
3040 N CAMPBELL AVE, SUITE 100
Tucson AZ 85719-7317

LOWES / MBGA
Acct No xxxxxxxxxxxx0741
ATTN:  BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076-9104

MACYS/FDSB
Acct No xxxxxxxxxxxx5357
ATTN: BANKRUPTCY PROCESSING
PO BOX 8053
MASON OH 45040-8053

NCO FINANCIAL SYSTEMS, INC.
Acct No 237577197016
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

NORTHLAND GROUP, INC.
Acct No xxxxx7258
PO BOX 390846
MAIL CODE F2B98
MINNEAPOLIS MN 55439-0846

PEOPLES BANK CREDIT CARD SERVICES
Acct No xxxxxxxxxxxx6343
ATTN: BANKRUPTCY
PO BOX 7092 RCCB 0680
BRIDGEPORT CT 06601-7092

PHILIP & HAZEL SHOAF
Acct No N/A
4074 MARKET ST
BIRMINGHAM PA 16686-5004

PIMA COUNTY TREASURER
Acct No xxx-xx-1300
115 N CHURCH AVE
TUCSON AZ 85701-1130

RAVEN, CLANCY & MCDONAGH, P.C.
Acct No xx9539
313 S CONVENT AVE
Tucson AZ 85701-2267

RICHARD J. BOUDREAU & ASSOCIATES, LLC
Acct No xxxxxxxxxxxx6343
5 INDUSTRIAL WAY
Salem NH 03079-4866

SPIEGEL
Acct No xxxxx0645
ATTN: BANKRUPTCY
PO BOX 9428
HAMPTON VA 23670-0428

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

UNITED COLLECTION BUREAU, INC.
Acct No xxxxxxxxxxxx5357
5620 SOUTHWYCK BLVD, STE 206
Toledo OH 43614-1501

US ATTORNEY GENERAL
Acct No xxxxxx9711
1275 W WASHINGTON STREET
PHOENIX AZ 85007-2926

US ATTORNEY GENERAL
Acct No xxxxxx9711
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001

US DEPARTMENT OF EDUCATION
Acct No 5293539711
DIRECT LOAN SERVICING CENTER
PO BOX 5609
GREENVILLE TX 75403-5609

US DEPT OF EDUCATION
Acct No xxxxxx9711
ATTN: BORROWERS SERVICE DEPT
PO BOX 5609
GREENVILLE TX 75403-5609

USAA FEDERAL SAVINGS BANK
Acct No xxxx4925
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

USAA FEDERAL SAVINGS BANK
Acct No xxxxxxxxx0070
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

USAA SAVINGS BANK
Acct No xxxx-xxxx-xxxx-2777
PO BOX 47504
SAN ANTONIO TX 78265-7504

WACHOVIA MORTGAGE CORPORATION
Acct No xxxxxx2813
ATTN: BANKRUPTCY/WELLS FARGO HOME MTGE
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

ZWICKER & ASSOCIATES, P.C.
Acct No xxx2593
C/O M'CORI VAN ESS, ESQ.
PO BOX 10069
SCOTTSDALE AZ 85271-0069

ZWICKER & ASSOCIATES, P.C.
Acct No xxx2621
C/O M'CORI VAN ESS, ESQ.
PO BOX 10069
SCOTTSDALE AZ 85271-0069

DANIEL 2 RYLANDER
ROBINSON & RYLANDER PC
4340 N CAMPBELL AVE, STE 266
TUCSON, AZ 85718-6593

DANIEL J RYLANDER
ROBINSON & RYLANDER PC
4340 N CAMPBELL AVE STE 266
TUCSON, AZ 85718-6593

GAYLE ESKAY MILLS
P.O. BOX 36317
TUCSON, AZ 85740-6317

JAMIE RHETT ROBERTS
4065 SPRING ST
TYRONE, PA 16686

KRISTIN MAUREEN ROBERTS
4065 SPRING ST
TYRONE, PA 16686

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MMCA and all it's successors and assign

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 37 |
| Bypassed recipients | 1 |
| Total | 38 |